**No. 60169.**—W. X. Huber Co. *v.* United States, protests 845811–G, etc. (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60170.**—California Mill Supply Corp. et al. *v.* United States, protests 952895–G, etc. (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

**No. 60171.**—W. A. Ballinger & Co. et al. *v.* United States, protests 972302–G, etc. (Seattle).

Opinion by RAO, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

**No. 60172.**—W. A. Ballinger & Co. et al. *v.* United States, protests 974271–G (A), etc. (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

**No. 60173.**—Cotton Products Corp. et al. *v.* United States, protests 60646–K, etc. (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

**No. 60174.**—W. A. Ballinger & Co. *v.* United States, protest 219783–K (San Francisco).

Opinion by Rao, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60175.**—Frankenthaler Ribbons, Inc. v. United States, protests 266392–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of elastic fabrics similar in all material respects to those the subject of Abstract 59734, the claim of the plaintiff was sustained.

**No. 60176.**—Arkwright Accessories, Inc., et al. v. United States, protests 267308–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 60177.**—Durlacher & Co., Inc. v. United States, protest 285404–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 60178.**—Durlacher & Co., Inc. v. United States, protests 287736–K and 288020–K (New York).